# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRASIO, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOOSTED COMMERCE, INC. AND BOOSTED ECOMMERCE, INC.,<br><br>　　　　Defendants. | Case No. 2:21-CV-1337-CBM(SKx) |
| THRASIO, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES CHANARATSOPON,<br><br>　　　　Defendant. | **Case No. 2:21-CV-2422-CBM(SKx)**<br><br>**ORDER ON JOINT STIPULATION TO CONSOLIDATE RELATED CASES** |

This matter is before the Court upon the parties' Joint Stipulation to Consolidate Related Cases pursuant to Federal Rule of Civil Procedure 42(a).

After considering the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and any trial, under Case No. 2:21-CV-1337 (CBM) (SK) (the "Consolidated Action") pursuant to Federal Rule of Civil Procedure 42(a):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Thrasio, LLC v. Boosted Commerce, Inc., et al.* | 2:21-CV-1337 (CBM) (SK) | Feb. 21, 2021 |
| *Thrasio, LLC v. Chanaratsopon* | 2:21-CV-2422 (CBM) (SK) | Feb. 21, 2021 |

2. Every pleading filed in the Consolidated Action must bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRASIO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BOOSTED COMMERCE, INC., BOOSTED ECOMMERCE, INC., and CHARLES CHANARATSOPON,<br><br>        Defendants. | Case No. 2:21-CV-1337 (CBM) (SK) |

3. All papers filed in connection with the Consolidated Action will be maintained on file under Case No. 2:21-CV-1337-CBM(SKx).

4. This Stipulation is without prejudice to any and all defenses Defendants may assert in this or any of the above-referenced actions and without prejudice

1  to any and all claims Plaintiffs may assert.

2  **IT IS SO ORDERED.**

4  Dated: April 27, 2021

   _____
   Judge Consuelo B. Marshall
   United States District Judge