UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRASIO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES CHANARATSOPON,<br><br>        Defendants. | Case No. 2:21-CV-2422-CBM(SKx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTIONS FOR SANCTIONS**<br><br>Date: December 14, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B, 8th Floor<br>Judge: Hon. Consuelo B. Marshall |

This matter is before the Court upon the parties' Joint Stipulation to Continue Hearing on Defendants' Motion to Dismiss and Motions for Sanctions. After considering the parties' joint stipulation, the Court finds there is good cause to continue the hearing date. IT IS HEREBY ORDERED that:

**1.** The hearing date on Defendants' motion to dismiss [ECF No. 57] and motions for sanctions [**ECF No. 56; Case No. 2:21-cv-2422-CBM-SK, ECF No. 33] is continued to January 11, 2022, at 10:00 a.m.**

      **SO ORDERED.**

Dated: December 8, 2021     By: _____

                                HON. Consuelo B. Marshall
                              UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW