UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-2422-CBM(SKx) | Date | JANUARY 7, 2022 |
| Title | Thrasio LLC v. Charles Chanaratsopon | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that the motion for sanctions against plaintiff [33] and currently set for hearing on January 11, 2022, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on January 11, 2022. A written order will issue.

IT IS SO ORDERED.

cc: all parties