FILED
CLERK, U.S. DISTRICT COURT

JULY 7, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____YS_____ DEPUTY

COOLEY LLP
Randall R. Lee (CA Bar #152672)
randall.lee@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Tel. (310) 883-6485
Fax. (310) 883-6500

Counsel for Plaintiff

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRASIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BOOSTED COMMERCE, INC., BOOSTED ECOMMERCE, INC., AND CHARLES CHANARATSOPON,<br><br>    Defendants. | Case No. 2:21-CV-1337 (CBM) (SK)<br>**CONSOLIDATED W/ CV 21-2422-CBM**<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thrasio, LLC hereby dismisses this action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 7, 2022

COOLEY LLP

By: /s/ *Randall R. Lee*

Randall R. Lee
randall.lee@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Tel. (310) 883-6485
Fax. (310) 883-6500

Philip M. Bowman, *pro hac vice*
pbowman@cooley.com
Nicholas A. Flath, *pro hac vice*
nflath@cooley.com
55 Hudson Yards
New York, New York 10001
Tel. (212) 479-6000
Fax. (212) 479-6275

*Attorneys for Plaintiff*